COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE TO TRIAL COURT CLERK FOR
CLERK'S RECORD ON INDIGENCE

Appellate case name:      Joshua  N. Roberts

Appellate case number:   01-15-01022-CV

Trial court case number:  81601-I

Trial court:                      412th Judicial District Court of Brazoria County

The appellant has filed an affidavit of indigence in the above-referenced appeal.  If no contest to the affidavit of indigence was filed, then the trial-court clerk must promptly notify this Court.  If a contest was filed, then the trial-court clerk is directed to prepare, certify, and file with this Court a clerk's record on indigence containing the final judgment, post-judgment motion(s), notice of appeal, affidavit(s) of indigence, contest(s) to the affidavit(s) of indigence, the trial court's signed order(s) extending the time for conducting a hearing on the contest (if any), the notice(s) of hearing on the affidavit(s) of indigence, the trial court's signed order ruling on the contest(s) to the affidavit(s) of indigence, and any other documents directly related to the question of the indigence status of appellant.  *See* Tex. R. App. P. 34.5(c)(1).

The trial-court clerk's record on indigence is due to be filed in the First Court of Appeals no later than **January 8, 2016.**

Clerk's signature:  _____
                              Christopher A. Prine, Clerk of the Court


Date:  December 8, 2015